AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Gilmer Anibal Orellana <br> _Petitioner_ <br> v. <br> PATRICIA HYDE Field Office Director; <br> MICHAEL KROL, New England Special Agent in Charge; <br> TODD LYONS, Acting Director <br> U.S. Immigration and Customs Enforcement; and <br> KRISTI NOEM, U.S. Secretary of Homeland Security <br> _Respondent_ <br> (name of warden or authorized person having custody of petitioner) | Case No. _____ <br> _(Supplied by Clerk of Court)_ |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: Gilmer Anibal Orellana
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Buffalo Federal Detention
   (b) Address: 4250 Federal Dr, Batavia, NY 14020
   (c) Your identification number: 240-163-899
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
   ICE
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☑ Other _(explain)_: Being held by ICE. However, I have no known immigration charges.

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:
   I have not gone through any kind of immigration proceedings. Nothing to appeal at this time.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a)  If "Yes," provide:
        (1)  Name of the authority, agency, or court: _____
        (2)  Date of filing: _____
        (3)  Docket number, case number, or opinion number: _____
        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

    (b)  If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes    ☒ No
    (a)  If "Yes," provide:
        (1)  Name of the authority, agency, or court: _____
        (2)  Date of filing: _____
        (3)  Docket number, case number, or opinion number: _____
        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

    (b)  If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes    ☑ No
    If "Yes," answer the following:
    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Name of court: _____
       (2) Case number: _____
       (3) Date of filing: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
    ☐ Yes    ☑ No

       If "Yes," provide:
       (1) Name of court: _____
       (2) Case number: _____
       (3) Date of filing: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes    ☐ No

       If "Yes," provide:
(a) Date you were taken into immigration custody: 05/20/2025
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes    ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: I live in Massachusetts and decided to drive a friend's daughter to Maine. I was approached by an ICE official in Maine and asked for paperwork supporting my legal status in the U.S.A. I was told that I was a member of a gang. Then, transported from jail to jail until I ended up in the Buffalo facility. I was told I was not allowed to have phone call or a lawyer. I was treated as an animal. At the facility, they classified me as dangerous person and now have to wear the dangerous suit color and dwell with criminals. I never been arrested in my life nor join any gangs.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☒ No     No appeals filed

**GROUND TWO**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☒ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: 

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?
 ❏ Yes             ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do:  That I am formally processed, be allowed to see a judge and perhaps post bond pending my asylum application. So, to be parole pending determination on my asylum application which was mailed on June 16, 2025.  And re-classification at the Buffalo detention facility.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Filed online

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6-13-2025

_Gilma Orellana_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Carmenelisa Perez-Kudzma, Esq
35 Main Street, Suite 1
Wayland, MA 01778
carmenelisa@pklaw.law
978-505-3333

Page 9 of 9